**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**DANIEL LEPPIEN,** :

    **Plaintiff** :

           **CIVIL ACTION NO. 3:15-0709**

    **v.** :

           **(JUDGE MANNION)**

**WEXFORD HEALTH SOURCES,** :
**et al.**,

    **Defendants** :

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** this case.


        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Dated: April 20, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0709-01-ORDER.wpd